# United States District Court
## Southern District of Georgia



FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 23  A 10: 02

CLERK _L. LaVictoire_
SO. DIST. OF GA.

Tonya Smart, Individually and as parent & guardian of Derrick Anthony Smart, deceased
Plaintiff

v.

CSX Transportation, Inc. and William G. Greene
Defendant

Case No.  CV506-62

Appearing on behalf of

Tonya Smart
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  23  day of January , 2007 .

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Pamela R. O'Dwyer

**Business Address:** Paty, Rymer & Ulin, P.C.
Firm/Business Name

19 Patten Parkway
Street Address

_____  Chattanooga   TN   37402
Street Address (con't)         City       State   Zip

_____
Mailing Address (if other than street address)

Address Line 2                City, State, Zip

(423) 756-6770                _____
Telephone Number (w/ area code)   Georgia Bar Number