ORIGINAL

FILED
U.S. DIST. COURT
SAVANNAH DIV.

2007 JUL 16 P 2: 53

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| TONYA SMART, individually and as next friend for her son DERRICK ANTHONY SMART, deceased, | * * * * | CIVIL ACTION FILE NO. CV506-62 |
| PLAINTIFF, | * * | |
| VS. | * * | |
| CSX TRANSPORTATION, INC. and WILLIAM G. GREENE, | * * * | |
| DEFENDANT. | * | |

## STIPULATION OF DISMISSAL

Plaintiff and defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff is TONYA SMART, individually and as next friend for her son DERRICK ANTHONY SMART, deceased; defendants are CSX TRANSPORTATION, INC. and WILLIAM G. GREENE.

2. On August 15, 2006, plaintiff sued defendant.

3. Plaintiff moves to dismiss the suit.

4. Defendant, who has answered, agrees to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is without prejudice to refiling.

This 2d day of May, 2007.

_____
Paul R. Bennett
Georgia Bar No. 051629
*Attorney for Plaintiff*

**BENNETT AND CASTO, P.C.**
812 Broadway
P.O. Box 11
Columbus, GA 31902
Phone (706) 327-7571
Fax (706) 327-2687
Email pbennett@bennettandcasto.com

_____
R. Sean McEvoy
Georgia Bar No. 490918
*Attorney for Defendants*

**CASEY GILSON LEIBEL P.C.**
Six Concourse Parkway, Suite 2200
Atlanta, Georgia 30328
Tel. (770) 512-0300
Fax (770) 512-0070

APPROVED: _____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT of GEORGIA

FILED U.S. DISTRICT COURT BRUNSWICK DIV.
2007 JUL 20 A 9: 51
CLERK

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the within and foregoing STIPULATION OF DISMISSAL in a properly addressed envelope with sufficient postage affixed to ensure delivery upon the following:

R. Sean McEvoy, Esq.
**CASEY GILSON LEIBEL, P.C.**
Six Concourse Parkway, Suite 2200
Atlanta, GA 30328

Pamela R. O'Dwyer
**PATY, RYMER & ULIN**
19 Patten Parkway
Chattanooga, TN 37402-2297

This _____ day of May, 2007.

                                **BENNETT AND CASTO, P.C.**

By: _____
Paul R. Bennett
Georgia Bar No. 051629
Attorney for Plaintiff

Post Office Box 11
Columbus, Georgia 31902
(706) 327-7571